ALBANY,
Feb. 1808.

Gale
v.
Chase.

## Gale *against* Chase.

IN error on *certiorari.* The plaintiff in error, having been taken by a warrant, issued against him at the suit of the defendant in error : On the 2d of *June,* 1807, he indorsed, on the back of the warrant, a written request to the justice, to enter up judgment against him, for whatever demand the plaintiff should have against him, to the satisfaction of the justice. On the 8th day of *June,* he called on the justice, and informed him, that he had given such a writing to the constable who served the warrant; but that since he gave the confession to the officer, he had discovered that the plaintiff claimed a greater sum than was due, and desired the justice not to enter judgment, until he could see the plaintiff and settle with him, which, if he could not do, he must have a trial, for he did not suppose that he owed the plaintiff more than 10 dollars. On the same day, the plaintiff appeared, and stated his demand to be 25 dollars, for a barrel of potash. Nothing was done by the justice until the 10th should have had a trial, to ascertain the amount due, and not have entered up judgment on the demand of the plaintiff.

Where the defendant indorsed on a warrant, a written request to enter up judgment against him, for whatever demand the plaintiff might have against him, to the satisfaction of the justice, and the next day desired the justice not to enter the judgment, as he had since discovered, that the plaintiff demanded more than was due to him; it was held, that such a consent or request was revocable, and that the justice

Clark
v.
Holmes.

day of *July*, when the plaintiff below called on the jus-
tice, and informed him, that the defendant had not settled
the demand, and requested judgment on the confession
given by the defendant. The justice, thereupon, entered
up judgment, *nunc pro tunc*, on the confession, for 25 dol-
lars, and the costs.

 *H. Bleecker*, for the plaintiff in error.

 *Mumford*, contra.

 *Per Curiam.* The authority to the justice to enter up
the judgment, must be considered as a parol authority,
and revocable by the defendant. What he stated to the
justice, amounted to a revocation, and a trial ought to
have been had, to ascertain the amount due to the plaintiff.
The judgment below must be reversed.

Judgment reversed.